GAS 245D     (Rev. 1/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Trevyaughn Howard | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:    4:21CR00135-4<br>USM Number:    66314-509<br><br>I. Cain Smith<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to participate in a substance abuse treatment program and follow the rules and regulations of that program. You failed to contribute to the costs of substance abuse treatment as determined by the probation officer (special condition). | October 13, 2023 |
| | See page 2 for additional violations | |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  5013

Defendant's Year of Birth: 1997

City and State of Defendant's Residence:

Statesboro, Georgia

August 22, 2024
Date of Imposition of Judgment

*/s/ R. Stan Baker*
Signature of Judge

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia
Name and Title of Judge

August 28, 2024
Date

| | |
|---|---|
| DEFENDANT: | Trevyaughn Howard |
| CASE NUMBER: | 4:21CR00135-4 |

# ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2 | You failed to participate in an inpatient treatment facility for 12 months and follow the rules and regulations of that program (special condition). | October 13, 2023 |
| 3 | You failed to notify the probation officer at least 10 days prior to an expected change in residence or living arrangements, or within 72 hours when advance notice was not possible due to unanticipated circumstances (standard condition). | October 13, 2023 |
| 4 | You committed another federal, state, or local crime (mandatory condition). | July 6, 2024 |
| 5 | You knowingly communicated or interacted with someone engaged in criminal activity or someone who was previously convicted of a felony (standard condition). | July 6, 2024 |

DEFENDANT: Trevyaughn Howard
CASE NUMBER: 4:21CR00135-4

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>6 months custody, with no term of supervised release to follow.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL